CR-14-25152

6th COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 3:39:46 PM
DEBBIE AUTREY
Clerk

| STATE OF TEXAS | § | IN THE 336ᵗʰ DISTRICT COURT |
| | § | |
| vs. | § | OF |
| | § | |
| WILLIAM WHITE | § | FANNIN COUNTY, TEXAS |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, William White, the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the Sixth Court of Appeals of Texas from the judgment(s) rendered against him.

_William White_
Defendant
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was hand delivered to the Fannin County District Attorney's Office, Texas, on _May. 12_ , 20_15_.

_William White_
DEFENDANT

1-Notice of Appeal-White, William